# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF SOUTH CAROLINA
### COLUMBIA DIVISION

| | | |
|---|---|---|
| **Megan Thomas,** | ) | Civil Action No. 3:17-02677-DCC-PJG |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **DISMISSAL WITH PREJUDICE** |
| | ) | |
| **City of Columbia,** | ) | |
| | ) | |
| **Defendant.** | ) | |

The undersigned, pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal of all claims against Defendant in the above-captioned action, WITH PREJUDICE. Each party is responsible for their own costs.

SAVAGE, ROYALL & SHEHEEN, L.L.P.

By: s/Greg B. Collins
Vincent A. Sheheen (Fed. ID No.: 10350)
Greg B. Collins (Fed. ID No.: 7016)
1111 Church Street
Camden, South Carolina  29020
(803) 432-4391
gcollins@thesavagefirm.com

CANNON LAW FIRM, P.A.

By: s/Dennis N. Cannon, Jr.
Dennis N. Cannon, Jr.
Cannon Law Firm
512 Rutledge Street
Camden, South Carolina  29020
(803) 432-4402
dncannon@bellsouth.net

*Attorneys for Plaintiff*

NICKLES LAW FIRM, LLC

By: s/W. Allen Nickles, III
    W. Allen Nickles, III, Fed. ID No. 2541
    1122 Lady Street, Suite 610
    Columbia, South Carolina  29201
    (803) 779-8080
    wanickles@nickleslaw.com

*Attorneys for Defendant*

September 6, 2018
Columbia, South Carolina